IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIDWEST RAILCAR CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> AREPET SAND VENTURES, LLC, AREPET INDUSTRIES, LLC, RUBEN GARZA, JAMES MICHAEL MONCRIEF and CESAR SAENZ, <br><br> Defendants. | Case No. 13-cv-425-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court for on plaintiff Midwest Railcar Corporation's ("Midwest") stipulation of dismissal (Doc. 36) and the parties' proposed order and final judgment. The Court will consider each matter in turn.

**1. Stipulation of Dismissal (Doc. 36)**

Midwest filed its stipulation of dismissal, dismissing defendant James Michael Moncrief. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, Midwest has presented a stipulation of dismissal signed by all Midwest and Moncrief. Pursuant to the parties' stipulation, the cause of action against Moncrief is **DISMISSED with prejudice** and the Court **DIRECTS** the Clerk of Court to dismiss Moncrief.

**2. Proposed Order and Final Judgment**

The remaining parties have submitted their agreed order and final judgment (see attachment) and ask the Court to incorporate the terms of their agreement into its final judgment.

Pursuant to the parties' agreement, the Court hereby adopts the terms of the agreement into this Court's judgment.  The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

    **IT IS SO ORDERED.**

    **DATED:** April 30, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**
